IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **BARRY L. OSBORNE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:08-1000 |
| ) | Judge Trauger |
| **ROMARK LABORATORIES, L.C.,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendant's Motion for Final Summary Judgment (Docket No. 35) is **GRANTED** and this case is hereby **DISMISSED.** Entry of this Order shall constitute the judgment in this case.

It is so ordered.

Enter this 22nd day of October 2009.

_____
ALETA A. TRAUGER
United States District Judge